# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

Woodruff Edgar E.
Plaintiff     )
)
)
)
vs.         )    Case No. _____
)
Hatfield, Kim    )
Defendant    )
)

RECEIVED AUG 03 2021 PAIGE WYMORE-WYNN, CLK U.S. DISTRICT COURT WEST DISTRICT OF MISSOURI

## APPLICATION FOR LEAVE TO FILE ACTION
## WITHOUT PAYMENT OF FEES
## WITH AFFIDAVIT OF FINANCIAL STATUS IN SUPPORT

I state that I am unable to pay the fees to file an action against the defendant(s) in this case

and that the actions of the defendant(s) have harmed me.

Attached is my Affidavit of Financial Status in support of my application to the court for

leave to file a civil action without payment of costs.

_Ed Woodruff_
Plaintiff